IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morin Jr, Joe R

Printed: 11/04/08

Case Number: 08 B 15163
Judge: Squires, John H
Filed: 6/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 761.00 |  |
| Secured: |  | 711.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 49.47 |
| Other Funds: |  | 0.00 |
| Totals: | 761.00 | 761.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 26,965.00 | 660.02 |
| 5. | American General Finance | Secured | 2,500.00 | 51.51 |
| 6. | American General Finance | Unsecured | 108.17 | 0.00 |
| 7. | Target National Bank | Unsecured | 26.32 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 76.60 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 10.70 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 40.00 | 0.00 |
| 12. | Cook County Treasurer | Secured |  | No Claim Filed |
| 13. | American General Finance | Secured |  | No Claim Filed |
| 14. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 15. | American General Finance | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Associates | Unsecured |  | No Claim Filed |
| 18. | Associates | Unsecured |  | No Claim Filed |
| 19. | Bank Of America | Unsecured |  | No Claim Filed |
| 20. | Bank Of America | Unsecured |  | No Claim Filed |
| 21. | Bank One | Unsecured |  | No Claim Filed |
| 22. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Bank Of America | Unsecured |  | No Claim Filed |
| 25. | Chase | Unsecured |  | No Claim Filed |
| 26. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morin Jr, Joe R

Printed: 11/04/08

Case Number: 08 B 15163
Judge: Squires, John H
Filed: 6/13/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Chase Bank USA NA | Unsecured | | No Claim Filed |
| 28. | Collection | Unsecured | | No Claim Filed |
| 29. | Citibank | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Credigy Receiveables Inc | Unsecured | | No Claim Filed |
| 32. | First Select Corporation | Unsecured | | No Claim Filed |
| 33. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 34. | GEMB | Unsecured | | No Claim Filed |
| 35. | Harris & Harris | Unsecured | | No Claim Filed |
| 36. | HSBC | Unsecured | | No Claim Filed |
| 37. | GEMB | Unsecured | | No Claim Filed |
| 38. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 39. | Great American Finance Company | Unsecured | | No Claim Filed |
| 40. | First USA | Unsecured | | No Claim Filed |
| 41. | GEMB | Unsecured | | No Claim Filed |
| 42. | HSBC | Unsecured | | No Claim Filed |
| 43. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 44. | HSBC | Unsecured | | No Claim Filed |
| 45. | HSBC | Unsecured | | No Claim Filed |
| 46. | NBGL-Carsons | Unsecured | | No Claim Filed |
| 47. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 48. | MRSI | Unsecured | | No Claim Filed |
| 49. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 50. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 51. | Target National Bank | Unsecured | | No Claim Filed |
| 52. | Triad Financial Services | Unsecured | | No Claim Filed |
| 53. | WFNNB | Unsecured | | No Claim Filed |
| 54. | WFNNB | Unsecured | | No Claim Filed |
| | | | $ 32,251.79 | $ 711.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 49.47 |
| | $ 49.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

